ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569
    Facsimile: (213) 894-7177
    E-mail: Victor.Rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$50,132.00 IN U.S. CURRENCY,<br><br>    Defendant.<br><br>DENNIS QUAN,<br><br>    Claimant. | No. CV 13-7751-SVW(PJWx)<br><br>**CONSENT JUDGMENT OF FORFEITURE**<br><br>JS-6 |

On or about October 21, 2013, Plaintiff United States of America ("the government," "the United States of America" or "plaintiff") filed a Complaint for Forfeiture alleging that the

defendant $50,132.00 in U.S. Currency (the "defendant currency") is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6).

Claimant Dennis Quan ("claimant") filed a claim to the defendant currency on or about November 26, 2013, an amended claim to the defendant currency on or about December 6, 2013 and an answer to the Complaint on or about December 16, 2013.  No other parties have appeared in this case and the time for filing claims and answers has expired.

The government and claimant have now agreed to settle this action and to avoid further litigation by entering into this Consent Judgment of Forfeiture.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.   This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2.   The Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6).

3.   Notice of this action has been given as required by law.  No appearances have been made in the litigation by any person other than claimant.  The Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true.

4.   The sum of $5,750.00 only (without interest) shall be returned to claimant.  The remainder of the defendant currency

(<u>i.e.</u>, $44,382.00), plus the interest earned by the United States of America on the defendant currency shall be condemned and forfeited to the United States of America, which shall dispose of those funds in accordance with law.

5.   The funds to be returned to claimant pursuant to paragraph 4 above shall be paid to claimant by electronic transfer directly into the client trust account of Sanders Roberts & Jewett LLP, attorneys of record for claimant in this case.  Claimant (through his attorney of record Justin H. Sanders, Esq.) shall provide all information and complete all documents requested by the United States of America in order for the United States of America to complete the transfer including, without limitation, providing claimant's social security and taxpayer identification numbers (if any), claimant's attorney of record's taxpayer identification number, and the identity of the bank, the bank's address and the account name, account number, account type and wire transfer routing number for the Sanders Roberts & Jewett LLP client trust account to which the transfer of funds is to be made.

6.   Claimant hereby releases the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Drug Enforcement Administration or the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions or liabilities arising out of or related to

this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

7. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

8. The Court further finds that claimant did not substantially prevail in this action, and the parties hereto shall bear their own attorney fees and costs.

Dated: January 28, 2014

*[signature]*

THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

4

<pre>
 1                              CONSENT
 2        The parties hereto consent to the above judgment and waive
 3   any right of appeal.
 4
     Dated: January 27, 2014    ANDRÉ BIROTTE JR.
 5                              United States Attorney
                                ROBERT E. DUGDALE
 6                              Assistant United states Attorney
                                Chief, Criminal Division
 7                              STEVEN R. WELK
                                Assistant United States Attorney
 8                              Chief, Asset Forfeiture Section
 9
                                /s/ Victor A. Rodgers            _
10                              VICTOR A. RODGERS
                                Assistant United States Attorney
11
                                Attorneys for Plaintiff
12                              UNITED STATES OF AMERICA
13
     Dated: January 27, 2014    SANDERS ROBERTS & JEWETT LLP
14
15
                                /s/ Justin H. Sanders            _
16                              JUSTIN H. SANDERS
17                              Attorneys for Claimant
                                DENNIS QUAN
18
19
20
21
22
23
24
25
26
27
28
                                    5
</pre>